IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ALTON SHARAN SAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 122-078 |
| ) | |
| DISTRICT ATTORNEY'S OFFICE FOR ) | |
| THE AUGUSTA JUDICIAL CIRCUIT; ) | |
| BURKE COUNTY DISTRICT ) | |
| ATTORNEY'S OFFICE; COUNTY OF ) | |
| BURKE, STATE OF GEORGIA; and ) | |
| JARED T. WILLIAMS, District Attorney, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed, (doc. no. 19). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 4th day of October, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA